# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 08-19405 |
| MONCO, WALTER J. | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 07/28/2008 . The undersigned trustee was appointed on 07/28/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 19,828.82 |
| Funds were disbursed in the following amounts: | | |
| Administrative expenses | | 2,018.93 |
| Payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Leaving a balance on hand of | $ | 17,809.89 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 12/09/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,732.88 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,732.88 , for a total compensation of $ 2,732.88 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 05/22/2009           By:/s/PHILIP V. MARTINO
                                Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  08-19405   JPC   Judge: JACQUELINE P. COX    Trustee Name: PHILIP V. MARTINO
Case Name: MONCO, WALTER J.                            Date Filed (f) or Converted (c): 07/28/08 (f)
                                                       341(a) Meeting Date: 08/28/08
For Period Ending: 05/22/09                            Claims Bar Date: 12/09/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America Checking Account | 11.00 | 0.00 | | 0.00 | FA |
| 3. Northern Trust Company Checking Account | 20.00 | 0.00 | | 0.00 | FA |
| 4. Dell Inspiron | 300.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wristwatches | 25.00 | 0.00 | | 0.00 | FA |
| 7. Ordinary Books, Pictures, etc. | 50.00 | 0.00 | | 0.00 | FA |
| 8. Ordinary men's clothing and shoes | 300.00 | 0.00 | | 0.00 | FA |
| 9. 2 cameras | 100.00 | 0.00 | | 0.00 | FA |
| 10. Northwestern Mutual Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. Rinella & Rinella 401(k) | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. Roth IRA (Birkelbach) | 702.00 | 0.00 | | 0.00 | FA |
| 13. 70,000 Shares Stay Healthy Stock | 0.00 | Unknown | | 0.00 | FA |
| 14. 57 Shares Old Republic | 1,500.00 | 0.00 | | 0.00 | FA |
| 15. Brokerage Account (Birkelbach) | 647.00 | 0.00 | | 0.00 | FA |
| 16. Interest in Suit against former agent | 0.00 | N/A | | 0.00 | FA |
| 17. 3/32 Leasehold Otex Smith GasWell | 0.00 | Unknown | | 19,828.63 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.19 | Unknown |

TOTALS (Excluding Unknown Values)    $6,255.00    $0.00        $19,828.82    $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1    UST Form 101-7-TFR (4/1/2009) (Page: 3)    Ver: 14.30d

Page: 2
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 08-19405   JPC   Judge: JACQUELINE P. COX | Trustee Name: PHILIP V. MARTINO |
| Case Name: | MONCO, WALTER J. | Date Filed (f) or Converted (c): 07/28/08 (f) |
| | | 341(a) Meeting Date: 08/28/08 |
| | | Claims Bar Date: 12/09/08 |

Initial Projected Date of Final Report (TFR): 06/30/08    Current Projected Date of Final Report (TFR): 12/31/09

Page: 1
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-19405 -JPC | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | MONCO, WALTER J. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******6280 | Account Number / CD #: | *******6177 BofA - Money Market Account |
| For Period Ending: | 05/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/09 | 17 | Edinger Engineering Inc. | | 1129-000 | 242.64 | | 242.64 |
| 03/17/09 | 17 | Edinger Engineering Incorporated | | 1129-000 | 316.82 | | 559.46 |
| 04/17/09 | 17 | Plains Production Inc. | Bank Serial #: 000000 Memo Amount: 17,000.00 Sale of Oil and Gas Interest | 1129-000 | 15,240.07 | | 15,799.53 |
| | | PLAINS PRODUCTION | | | | | |
| | | OIL & GAS ASSET CLOSINGHOUSE | Memo Amount: (1,700.00) Oil & Gas Asset Closinghouse Fees | 3610-000 | | | |
| | | OIL & GAS ASSET CLOSINGHOUSE | Memo Amount: (59.93) Oil & Gas Asset Closinghouse Costs | 3620-000 | | | |
| * 04/20/09 | | Plains Production Inc. | Wire Transfer for purchase of Oil s | 1129-003 | 15,240.07 | | 31,039.60 |
| * 04/20/09 | | Reverses Adjustment IN on 04/20/09 | Wire Transfer for purchase of Oil s | 1129-003 | -15,240.07 | | 15,799.53 |
| 04/22/09 | 17 | Walter Monco | | 1129-000 | 2,269.17 | | 18,068.70 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 18,068.89 |
| 05/14/09 | 000301 | Illinois Department of Revenue | 2009 Taxes 35-6806280 | 2820-000 | | 259.00 | 17,809.89 |

| | | | | |
|---|---|---|---|---|
| | | COLUMN TOTALS | | 18,068.89 | 259.00 |
| Memo Allocation Receipts: | 17,000.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 1,759.93 | Subtotal | | 18,068.89 | 259.00 |
| | | Less: Payments to Debtors | | | 0.00 |
| Memo Allocation Net: | 15,240.07 | Net | | 18,068.89 | 259.00 |

| | | | |
|---|---|---|---|
| Total Allocation Receipts: | 17,000.00 | | |
| Total Allocation Disbursements: | 1,759.93 | | NET NET ACCOUNT |
| | | | NET DEPOSITS DISBURSEMENTS BALANCE |
| Total Memo Allocation Net: | 15,240.07 | TOTAL - ALL ACCOUNTS BofA - Money Market Account - *******6177 | 18,068.89    259.00    17,809.89 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) |

| | | | |
|---|---|---|---|
| | Page Subtotals | 18,068.89 | 259.00 |

Total Funds On Hand    17,809.89

Page: 2
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-19405 -JPC
Case Name: MONCO, WALTER J.
Taxpayer ID No: \*\*\*\*\*\*6280
For Period Ending: 05/22/09

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*\*6177 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

BofA - Money Market Account - \*\*\*\*\*\*\*6177

| | | | Page Subtotals | | 0.00 | 0.00 | |

Case 08-19405    Doc 31    Filed 06/16/09    Entered 06/16/09 15:49:53    Desc Main
Document      Page 7 of 13

## EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 08-19405 | | Page 1 | | Date: May 22, 2009 |
|---|---|---|---|---|
| Debtor Name: MONCO, WALTER J. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | DLA Piper LLP (US) | Administrative | | $3,876.40 | $0.00 | $3,876.40 |
| 001 3410-00 | Popowcer Katten, Ltd. | Administrative | | $924.50 | $0.00 | $924.50 |
| 000008B 040 5800-00 | Dept of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | | $68,680.15 | $0.00 | $68,680.15 |
| 000001 070 7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $5,551.67 | $0.00 | $5,551.67 |
| 000002 070 7100-00 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $5,159.16 | $0.00 | $5,159.16 |
| 000003 070 7100-00 | Marathon Petroleum Company LLC<br>Attn Credit Card Ctr<br>PO Box 81<br>Findlay, OH 45839 | Unsecured | | $501.23 | $0.00 | $501.23 |
| 000004 070 7100-00 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | | $1,095.63 | $0.00 | $1,095.63 |
| 000005 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $817.79 | $0.00 | $817.79 |
| 000006 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $17,720.46 | $0.00 | $17,720.46 |
| 000007 070 7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $9,045.13 | $0.00 | $9,045.13 |
| 000008A 070 7100-00 | Dept of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $511.56 | $0.00 | $511.56 |

CREGISTR
UST Form 101-7-TFR (4/1/2009) (Page: 7)

Printed: 05/22/09 04:26 PM    Ver: 14.30d

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Case Number: 08-19405
Debtor Name: MONCO, WALTER J.

Page 2
Claim Class Sequence

Date: May 22, 2009

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | eCAST Settlement Corporation assignee of HSBC Bank NA Direct Merchants Credit Card Bank NA POB 35480 Newark NJ 07193-5480 | Unsecured | | $2,588.81 | $0.00 | $2,588.81 |
| 000010 070 7100-00 | eCAST Settlement Corporation assignee of HSBC Bank NA Direct Merchants Credit Card Bank NA POB 35480 Newark NJ 07193-5480 | Unsecured | | $4,231.31 | $0.00 | $4,231.31 |
| 000011 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $400.99 | $0.00 | $400.99 |
| 000012 070 7100-00 | Chase Bank P.O. Box 15145 Wilmington, DE 19850 | Unsecured | | $13,178.23 | $0.00 | $13,178.23 |
| 000013 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $7,511.96 | $0.00 | $7,511.96 |
| 000014 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $6,364.88 | $0.00 | $6,364.88 |
| 000015 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $10,920.82 | $0.00 | $10,920.82 |
| 000016 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $27,960.62 | $0.00 | $27,960.62 |
| 000017 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $21,925.40 | $0.00 | $21,925.40 |
| 000018 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $4,355.97 | $0.00 | $4,355.97 |

|  |  |
|---|---|
| EXHIBIT C | |
| ANALYSIS OF CLAIMS REGISTER | |

| Case Number: | 08-19405 | | Page 3 | | Date: May 22, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | MONCO, WALTER J. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $213,322.67 | $0.00 | $213,322.67 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-19405
Case Name: MONCO, WALTER J.
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NA | $NA |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $2,732.88 | $0.00 |
| Attorney for trustee: DLA Piper LLP (US) | $3,804.00 | $72.40 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, Ltd. | $924.50 | $0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: NA | $NA | $NA |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                      | Reason/Applicant | Fees | Expenses |
|----------------------|------------------|------|----------|
| *Attorney for debtor:* |                  | $    | $        |
| *Attorney for:*        |                  | $    | $        |
| *Accountant for:*      |                  | $    | $        |
| *Appraiser for:*       |                  | $    | $        |
| *Other:* NA            |                  | $NA  | $NA      |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 68,680.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant            | Allowed Amt. of Claim | Proposed Payment |
|--------------|---------------------|-----------------------|------------------|
| 000008B      | Dept of the Treasury | $ 68,680.15           | $ 10,276.11      |
|              |                     | $                     | $                |
|              |                     | $                     | $                |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 139,841.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant                                          | Allowed Amt. of Claim | Proposed Payment |
|--------------|---------------------------------------------------|-----------------------|------------------|
| 000001       | PYOD LLC its successors and assigns as assignee of | $ 5,551.67            | $ 0.00           |
| 000002       | eCAST Settlement Corporation assignee of           | $ 5,159.16            | $ 0.00           |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Marathon Petroleum Company LLC | $501.23 | $0.00 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $1,095.63 | $0.00 |
| 000005 | American Express Centurion Bank | $817.79 | $0.00 |
| 000006 | American Express Centurion Bank | $17,720.46 | $0.00 |
| 000007 | CHASE BANK USA | $9,045.13 | $0.00 |
| 000008A | Dept of the Treasury | $511.56 | $0.00 |
| 000009 | eCAST Settlement Corporation assignee of | $2,588.81 | $0.00 |
| 000010 | eCAST Settlement Corporation assignee of | $4,231.31 | $0.00 |
| 000011 | Roundup Funding, LLC | $400.99 | $0.00 |
| 000012 | Chase Bank | $13,178.23 | $0.00 |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERICA | $7,511.96 | $0.00 |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERICA | $6,364.88 | $0.00 |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERICA | $10,920.82 | $0.00 |
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERICA | $27,960.62 | $0.00 |
| 000017 | FIA CARD SERVICES, NA/BANK OF AMERICA | $21,925.40 | $0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000018 | FIA CARD SERVICES, NA/BANK OF AMERICA | $4,355.97 | $0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.