UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MONCO, WALTER J. | ) | Case No. 08-19405-JPC |
| | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 619, CHICAGO, IL 60604

    On: Thursday, July 23, 2009    Time: 9:30 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $19,829.27 |
    | Disbursements | $2,018.93 |
    | Net Cash Available for Distribution | $17,810.34 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | PHILIP V. MARTINO<br>*Trustee Compensation* | $0.00 | $2,732.93 | $0.00 |

| | | | |
|---|---|---|---|
| **DLA PIPER LLP (US)**<br>*Attorney for Trustee* | $0.00 | $3,804.00 | $72.40 |
| **POPOWCER KATTEN, LTD.**<br>*Accountant for Trustee* | $0.00 | $924.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $68,680.15 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 14.9629% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000008B | Dept Of The Treasury | $68,680.15 | $10,276.51 |

7. Claims of general unsecured creditors totaling $139,841.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Pyod LLC Its Successors And Assigns | $5,551.67 | $0.00 |
| 000002 | Ecast Settlement Corporation Assign | $5,159.16 | $0.00 |
| 000003 | Marathon Petroleum Company LLC | $501.23 | $0.00 |
| 000004 | Capital One Bank (USA), N.A. | $1,095.63 | $0.00 |
| 000005 | American Express Centurion Bank | $817.79 | $0.00 |
| 000006 | American Express Centurion Bank | $17,720.46 | $0.00 |
| 000007 | Chase Bank USA | $9,045.13 | $0.00 |
| 000008A | Dept Of The Treasury | $511.56 | $0.00 |
| 000009 | Ecast Settlement Corporation Assign | $2,588.81 | $0.00 |
| 000010 | Ecast Settlement Corporation Assign | $4,231.31 | $0.00 |

| | | | |
|---|---|---|---|
| 000011 | Roundup Funding, LLC | $400.99 | $0.00 |
| 000012 | Chase Bank | $13,178.23 | $0.00 |
| 000013 | FIA Card Services, NA/Bank Of Ameri | $7,511.96 | $0.00 |
| 000014 | FIA Card Services, NA/Bank Of Ameri | $6,364.88 | $0.00 |
| 000015 | FIA Card Services, NA/Bank Of Ameri | $10,920.82 | $0.00 |
| 000016 | FIA Card Services, NA/Bank Of Ameri | $27,960.62 | $0.00 |
| 000017 | FIA Card Services, NA/Bank Of Ameri | $21,925.40 | $0.00 |
| 000018 | FIA Card Services, NA/Bank Of Ameri | $4,355.97 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: June 16, 2009                                For the Court,

By:  /s/ Philip V. Martino
     Philip V. Martino, Trustee

Trustee:    Philip V. Martino
Address:    203 North Lasalle Street
            Suite 1800
            Chicago, IL 60601
Phone No.:  (312) 368-2165

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: sburton              Page 1 of 2         Date Rcvd: Jun 17, 2009
Case: 08-19405                Form ID: pdf006            Total Noticed: 34

The following entities were noticed by first class mail on Jun 19, 2009.
db          +Walter J. Monco,    5811 West Eastwood Avenue,    Chicago, IL 60630-3321
aty         +Andrew J Maxwell, ESQ,     Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
              Chicago, IL 60603-6209
aty         +DLA Piper US LLP,    203 N LaSalle Street,    Ste 1900,    Chicago, IL 60601-1263
aty         +David J Pivnick,    DLA Piper LLP,    203 N LaSalle St,    Ste 1900,    Chicago, IL 60601-1263
aty         +Deborah M Gutfeld,    Neal, Gerber & Eisenberg LLP,    2 N LaSalle Street,    Suite 2200,
              Chicago, IL 60602-3963
aty         +James R Irving,    DLA Piper LLP US,    203 North LaSalle Street,    Chicago, IL 60601-1267
aty         +Philip V Martino,    DLA Piper US LLP,    230 N LaSalle Street,    Suite 1900,
              Chicago, IL 60604-1404
tr          +Philip V Martino, ESQ,     DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
              Chicago, IL 60601-1264
12463819     AT&T Mobility,    P.O. Box 6428,    Carol Stream, IL 60197-6428
12456849     AT&T Universal Platinum Card,     P.O. Box 44167,    Jacksonville, FL 32231-4167
12456848     American Express,    P.O. Box 0001,    Los Angeles, CA 90096-0001
12672383     American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12456850     Bank Of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
12666810    +CAPITAL ONE BANK (USA), N.A.,     C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
              NORCROSS, GA 30091-5155
12676030    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
12456851     Capital One,    P. O. Box 5294,    Carol Stream, IL  60197-5294
12489382     Catherine M. Villinski,     6611 N. Belmont,    Arlington Heights, IL 60004
12456852     Catherine M. Villinski & Dean A. Monco,     1644 W. Belmont,    Arlington Heights, IL  60004
12456855     Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
12456854     Chase,    P.O. Box 9001020,    Louisville, KY 40290-1020
12941337    +Chase Bank,    P.O. Box 15145,    Wilmington, DE 19850-5145
12456856     Direct Merchants Bank,    Cardmember Services,    P.O. Box 17313,    Baltimore, MD 21297-1313
12941971     FIA CARD SERVICES, NA/BANK OF AMERICA,     by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
12456857     GMAC,    P.O. Box 380905,    Bloomington, MN 55438-0905
12456858     HSBC Card Services,    P.O. BOX 37281,    Baltimore, MD 21297-3281
12456859    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Dept of the Treasury,    Internal Revenue Service,    PO Box 21126,
              Philadelphia, PA 19114)
12456860     Macy's,    P.O. Box 689195,    Des Moines, IA 50368-9195
12456861    +Marathon Petroleum Company LLC,    Attn Credit Card Ctr,    PO Box 81,    Findlay, OH 45839-0081
12456847    +Maxwell & Potts LLC,    105 W Adams,    Chicago, IL 60603-4109
12456846    +Monco Walter J,    5811 West Eastwood Avenue,    Chicago, IL 60630-3321
12613947     PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12895805     eCAST Settlement Corporation assignee of,    HSBC Bank NA Direct Merchants,    Credit Card Bank NA,
              POB 35480,    Newark NJ 07193-5480
12658027     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jun 18, 2009.
12898665      E-mail/PDF: BNCEmails@blinellc.com Jun 18 2009 04:46:57      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12672384*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12456853*     Catherine M. Villinski And Dean A. Monco,    1644 W. Belmont,    Arlington Heights, IL  60004
12895806*     eCAST Settlement Corporation assignee of,    HSBC Bank NA Direct Merchants,    Credit Card Bank NA,
               POB 35480,    Newark NJ 07193-5480
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: sburton              Page 2 of 2                Date Rcvd: Jun 17, 2009
Case: 08-19405                 Form ID: pdf006            Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2009**                         **Signature:** *Joseph Speetjens*