# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:<br>MONCO, WALTER J.<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§ | Case No. 08-19405 |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 9,272.00 |
| Total Distributions to Claimants: 10,277.22 | Claims Discharged<br>Without Payment: 150,509.63 |
| Total Expenses of Administration: 9,552.84 | |

3) Total gross receipts of $ 19,830.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 19,830.06 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,552.84 | 9,552.84 | 9,552.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 18,600.00 | 68,680.15 | 68,680.15 | 10,277.22 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 148,704.82 | 139,841.62 | 139,841.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$ 167,304.82** | **$ 218,074.61** | **$ 218,074.61** | **$ 19,830.06** |

4) This case was originally filed under chapter 7 on 07/28/2008 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2009          By: /s/PHILIP V. MARTINO
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3/32 Leasehold Otex Smith GasWell | 1129-000 | 19,828.63 |
| Post-Petition Interest Deposits | 1270-000 | 1.43 |
| **TOTAL GROSS RECEIPTS** | | **$ 19,830.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 2,733.01 | 2,733.01 | 2,733.01 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 259.00 | 259.00 | 259.00 |
| DLA PIPER LLP (US) | 3110-000 | NA | 3,804.00 | 3,804.00 | 3,804.00 |
| DLA PIPER LLP (US) | 3120-000 | NA | 72.40 | 72.40 | 72.40 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 924.50 | 924.50 | 924.50 |
| OIL & GAS ASSET CLOSINGHOUSE | 3610-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |
| OIL & GAS ASSET CLOSINGHOUSE | 3620-000 | NA | 59.93 | 59.93 | 59.93 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,552.84 | $ 9,552.84 | $ 9,552.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPT OF THE TREASURY | 5800-000 | 18,600.00 | 68,680.15 | 68,680.15 | 10,277.22 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ 18,600.00 | $ 68,680.15 | $ 68,680.15 | $ 10,277.22 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase P.O. Box 9001020 Louisville, KY 40290-1020 | | 8,962.20 | NA | NA | 0.00 |
| Macy's P.O. Box 689195 Des Moines, IA 50368-9195 | | 1,705.81 | NA | NA | 0.00 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | 782.79 | 817.79 | 817.79 | 0.00 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | 17,247.75 | 17,720.46 | 17,720.46 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | 943.82 | 1,095.63 | 1,095.63 | 0.00 |
| CHASE BANK | 7100-000 | 13,178.23 | 13,178.23 | 13,178.23 | 0.00 |
| CHASE BANK USA | 7100-000 | 9,006.13 | 9,045.13 | 9,045.13 | 0.00 |
| DEPT OF THE TREASURY | 7100-000 | NA | 511.56 | 511.56 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | 5,068.44 | 5,159.16 | 5,159.16 | 0.00 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | 2,503.98 | 2,588.81 | 2,588.81 | 0.00 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | 4,231.31 | 4,231.31 | 4,231.31 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 0.00 | 7,511.96 | 7,511.96 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 0.00 | 6,364.88 | 6,364.88 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 0.00 | 10,920.82 | 10,920.82 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 0.00 | 27,960.62 | 27,960.62 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 0.00 | 21,925.40 | 21,925.40 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 79,039.65 | 4,355.97 | 4,355.97 | 0.00 |
| MARATHON PETROLEUM COMPANY LLC | 7100-000 | 483.04 | 501.23 | 501.23 | 0.00 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 5,551.67 | 5,551.67 | 5,551.67 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROUNDUP FUNDING, LLC | 7100-000 | NA | 400.99 | 400.99 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 148,704.82 | $ 139,841.62 | $ 139,841.62 | $ 0.00 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:      08-19405      JPC   Judge: JACQUELINE P. COX                    Trustee Name:                         PHILIP V. MARTINO
Case Name:    MONCO, WALTER J.                                                Date Filed (f) or Converted (c):      07/28/08 (f)
                                                                              341(a) Meeting Date:                  08/28/08
For Period Ending:  09/25/09                                                  Claims Bar Date:                      12/09/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America Checking Account | 11.00 | 0.00 | | 0.00 | FA |
| 3. Northern Trust Company Checking Account | 20.00 | 0.00 | | 0.00 | FA |
| 4. Dell Inspiron | 300.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wristwatches | 25.00 | 0.00 | | 0.00 | FA |
| 7. Ordinary Books, Pictures, etc. | 50.00 | 0.00 | | 0.00 | FA |
| 8. Ordinary men's clothing and shoes | 300.00 | 0.00 | | 0.00 | FA |
| 9. 2 cameras | 100.00 | 0.00 | | 0.00 | FA |
| 10. Northwestern Mutual Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. Rinella & Rinella 401(k) | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. Roth IRA (Birkelbach) | 702.00 | 0.00 | | 0.00 | FA |
| 13. 70,000 Shares Stay Healthy Stock | 0.00 | Unknown | | 0.00 | FA |
| 14. 57 Shares Old Republic | 1,500.00 | 0.00 | | 0.00 | FA |
| 15. Brokerage Account (Birkelbach) | 647.00 | 0.00 | | 0.00 | FA |
| 16. Interest in Suit against former agent | 0.00 | N/A | | 0.00 | FA |
| 17. 3/32 Leasehold Otex Smith GasWell | 0.00 | Unknown | | 19,828.63 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.43 | Unknown |
| TOTALS (Excluding Unknown Values) | $6,255.00 | $0.00 | | $19,830.06 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Gross Value of Remaining Assets

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/08      Current Projected Date of Final Report (TFR): 12/31/09

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:        08-19405    JPC    Judge: JACQUELINE P. COX            Trustee Name:                          PHILIP V. MARTINO
Case Name:    MONCO, WALTER J.                                          Date Filed (f) or Converted (c):    07/28/08 (f)
                                                                        341(a) Meeting Date:                 08/28/08
                                                                        Claims Bar Date:                     12/09/08

_____    Date: _____

PHILIP V. MARTINO

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-19405 -JPC | Trustee Name: PHILIP V. MARTINO |
| Case Name: | MONCO, WALTER J. | Bank Name: BANK OF AMERICA, N.A. |
| Taxpayer ID No: | ******6280 | Account Number / CD #: ******6177 BofA - Money Market Account |
| For Period Ending: | 09/25/09 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/09 | 17 | Edinger Engineering Inc. | | 1129-000 | 242.64 | | 242.64 |
| 03/17/09 | 17 | Edinger Engineering Incorporated | | 1129-000 | 316.82 | | 559.46 |
| 04/17/09 | 17 | Plains Production Inc. | Bank Serial #: 000000 | | | | |
| | | PLAINS PRODUCTION | Memo Amount:     17,000.00 | 1129-000 | 15,240.07 | | 15,799.53 |
| | | | Sale of Oil and Gas Interest | | | | |
| | | OIL & GAS ASSET CLOSINGHOUSE | Memo Amount:  (   1,700.00 ) | 3610-000 | | | |
| | | | Oil & Gas Asset Closinghouse Fees | | | | |
| | | OIL & GAS ASSET CLOSINGHOUSE | Memo Amount:  (      59.93 ) | 3620-000 | | | |
| | | | Oil & Gas Asset Closinghouse Costs | | | | |
| * 04/20/09 | | Plains Production Inc. | Wire Transfer for purchase of Oil s | 1129-003 | 15,240.07 | | 31,039.60 |
| * 04/20/09 | | Reverses Adjustment IN on 04/20/09 | Wire Transfer for purchase of Oil s | 1129-003 | -15,240.07 | | 15,799.53 |
| 04/22/09 | 17 | Walter Monco | | 1129-000 | 2,269.17 | | 18,068.70 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 18,068.89 |
| 05/14/09 | 000301 | Illinois Department of Revenue | 2009 Taxes 35-6806280 | 2820-000 | | 259.00 | 17,809.89 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 17,810.34 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 17,810.79 |
| 07/24/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 17,811.13 |
| 07/24/09 | | Transfer to Acct #*******0412 | Final Posting Transfer | 9999-000 | | 17,811.13 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 18,070.13 | 18,070.13 |

UST Form 101-7-TDR (4/1/2009) (Page: 10)

Ver. 14.31c

Page: 2
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-19405 -JPC
Case Name: MONCO, WALTER J.
Taxpayer ID No: \*\*\*\*\*\*6280
For Period Ending: 09/25/09

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*6177 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 18,070.13 | 18,070.13 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 17,811.13 | |
| | | | Subtotal | | 18,070.13 | 259.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,070.13 | 259.00 | |
| | | Memo Allocation Receipts: | 17,000.00 | | | | |
| | | Memo Allocation Disbursements: | 1,759.93 | | | | |
| | | Memo Allocation Net: | 15,240.07 | | | | |

Page Subtotals 0.00 0.00

UST Form 101-7-TDR (4/1/2009) (Page: 11)

Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 08-19405 -JPC | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | MONCO, WALTER J. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******6280 | Account Number / CD #: | *******0412 BofA - Checking Account |
| For Period Ending: | 09/25/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/24/09 | | Transfer from Acct #*******6177 | Transfer In From MMA Account | 9999-000 | 17,811.13 | | 17,811.13 |
| 07/24/09 | 003001 | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL  60601 | Chapter 7 Compensation/Fees | 2100-000 | | 2,733.01 | 15,078.12 |
| 07/24/09 | 003002 | DLA Piper LLP (US) | Attorney for Trustee Fees (Trustee<br>　Fees　　　3,804.00<br>　Expenses　　　72.40 | 3110-000<br>3120-000 | | 3,876.40 | 11,201.72<br>11,201.72<br>11,201.72 |
| 07/24/09 | 003003 | Popowcer Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 924.50 | 10,277.22 |
| 07/24/09 | 003004 | Dept of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 0000008B, Payment 14.96389% | 5800-000 | | 10,277.22 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 17,811.13　　17,811.13 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 17,811.13　　　　0.00 |
| | Memo Allocation Net: | 0.00 | Subtotal | 0.00　　17,811.13 |
| | | | Less: Payments to Debtors | 0.00　　　　0.00 |
| | Total Allocation Receipts: | 17,000.00 | | |
| | Total Allocation Disbursements: | 1,759.93 | | NET　　NET |
| | Total Memo Allocation Net: | 15,240.07 | TOTAL - ALL ACCOUNTS | NET DEPOSITS　　DISBURSEMENTS |
| | | | BofA - Money Market Account - *******6177 | 18,070.13　　259.00 |
| | | | BofA - Checking Account - *******0412 | 0.00　　17,811.13 |
| | | | | 18,070.13　　18,070.13 |
| | | | | (Excludes Account　　(Excludes Payments |
| | | | | Transfers)　　To Debtors) |

|  | | |
| --- | --- | --- |
| | | ACCOUNT BALANCE |
| | BofA - Money Market Account - *******6177 | 0.00 |
| | BofA - Checking Account - *******0412 | 0.00 |
| | | |
| | Page Subtotals | 17,811.13　　17,811.13 |
| | | Total Funds On Hand |

LFORM24    UST Form 101-7-TDR (4/1/2009) (Page: 12)　　　　　　　　　　　　　　　　　　Ver. 14.31c

Page: 4
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 08-19405 -JPC |
| Case Name: | MONCO, WALTER J. |
| Taxpayer ID No: | \*\*\*\*\*\*\*6280 |
| For Period Ending: | 09/25/09 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | \*\*\*\*\*\*\*0412 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BofA - Money Market Account - \*\*\*\*\*\*\*\*6177 | | | | |
| | | | BofA - Checking Account - \*\*\*\*\*\*\*\*0412 | | | | |

Page Subtotals 0.00 0.00

Ver: 14.31c

LFORM24 UST Form 101-7-TDR (4/1/2009) (Page: 13)